Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada  89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email:  preilly@hollandhart.com
          srgambee@hollandhart.com

*Attorneys for The Fremont Street Experience*
*Limited Liability Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ASHLEY,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, a Municipal Corporation; LAS VEGAS MARSHALS; and FREMONT STREET EXPERIENCE, a Nevada limited liability company,<br><br>                    Defendants. | CASE NO.:  2:16-cv-02053-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

## STIPULATION

Plaintiff Joseph Ashley and Defendants City of Las Vegas and The Fremont Street Experience Limited Liability Company hereby stipulate and agree to extend the deadline up to and including December 19, 2016, for Defendants to answer or otherwise plead in response to Plaintiff's Amended Complaint on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

9406372_1

This is the second request by the parties for an extension of this deadline. This Stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made to accommodate the schedules of counsel and their clients in preparing a response to the Amended Complaint, and in seeking possible resolution of this matter.

DATED this 12th day of December, 2016.          DATED this 12th day of December, 2016.


_____/s/ Patrick J. Reilly_____          _____/s/ Brandon L. Phillips_____
Patrick J. Reilly, Esq.                     Brandon L. Phillips, Esq.
Sydney R. Gambee, Esq.                      Brandon L. Phillips, Attorney at Law,
HOLLAND & HART LLP                          PLLC
9555 Hillwood Drive, 2nd Floor              3993 Howard Hughes Pkwy., Suite 470
Las Vegas, NV  89134                        Las Vegas, Nevada 89169

*Attorneys for Defendant The Fremont Street*          *Attorney for Plaintiff Joseph Ashley*
*Experience Limited Liability Company*


DATED this 12th day of December, 2016.

_____/s/ Elias P. George_____
Bradford R. Jerbic
City Attorney
John A. Curtas, Esq.
Deputy City Attorney
Elias P. George, Esq.
Deputy City Attorney
City of Las Vegas
City Attorney's Office
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101

*Attorneys for Defendant City of Las Vegas*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____12-12-2016_____

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

9406372_1