Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada  89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: preilly@hollandhart.com
       srgambee@hollandhart.com

*Attorneys for The Fremont Street Experience Limited Liability Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ASHLEY,<br>                    Plaintiff,<br>v.<br><br>CITY OF LAS VEGAS, a Municipal Corporation; LAS VEGAS MARSHALS; and FREMONT STREET EXPERIENCE, a Nevada limited liability company,<br><br>                    Defendants. | Case N.:  2:16-cv-02053-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9462085_1

**STIPULATION**

Plaintiff Joseph Ashley and Defendants City of Las Vegas and The Fremont Street Experience Limited Liability Company hereby stipulate and agree that this action shall be dismissed with prejudice. Each party shall bear his/its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 17th day of January, 2017.                    DATED this 17th day of January, 2017.

/s/ Patrick J. Reilly                                                            /s/ Brandon L. Phillips
Patrick J. Reilly, Esq.                                                         Brandon L. Phillips, Esq.
Sydney R. Gambee, Esq.                                                  Brandon L. Phillips, Attorney at Law, PLLC
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor                                      3993 Howard Hughes Pkwy., Suite 470
Las Vegas, NV 89134                                                        Las Vegas, Nevada 89169

*Attorneys for Defendant The Fremont Street Experience Limited Liability Company*     *Attorney for Plaintiff Joseph Ashley*

DATED this 17th day of January, 2017.

/s/ John A. Curtas
Bradford R. Jerbic
City Attorney
John A. Curtas, Esq.
Deputy City Attorney
Elias P. George, Esq.
Deputy City Attorney
City of Las Vegas
City Attorney's Office
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101

*Attorneys for Defendant City of Las Vegas*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: January 23, 2017

9462085_1